UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 2:14-cv-00890-NS |
| **KARL F. STEINBORN, ET AL.** | : |
| **Defendants.** | : |

## PERMANENT INJUNCTION

This 20th day of May, 2015, upon consideration of the testimony heard before the Court on April 17, 2015 in the Hearing of Assessment of Damages against Defendant Karl F. Steinborn, it is hereby ORDERED that:

(1) Judgment is entered in favor of Plaintiff Robert Gorman and against Defendant Karl F. Steinborn in the amount of $3,047,608.05.

(2) Defendant Karl Steinborn is Ordered to:

a. Cease and desist defaming Plaintiff Rich Gorman, including defaming Plaintiff or Plaintiff's family or employees orally, defaming plaintiff online, or in any other method of communication;

b. Remove the defamation of Plaintiff Gorman referenced in the First Amended Complaint, to the extent that it still exists in any online form or otherwise, and to prevent further reposting and/or republication of the defamatory material; and to remove the subsequent defamation of Plaintiff Gorman located at

http://www.ripoffreport.com/r/Mike-Zammuto-Brandcom-

[ReputationChangercom-Dean-Cannon-Capital-Insight-Lijit-Networks-Matthew-Cooke-Cyber-Investigation-Services-Zac-Johnson-/Philadelphia-Pennsylvania/Mike-Zammuto-Brandcom-ReputationChangercom-Dean-Cannon-Capital-Insight-Lijit-Networks-1129789](#). Plaintiff may submit this Order to internet search engines, including but not limited to Google, to have this link removed from internet search results because of Defendant's defamatory comments that can be seen at the link above, which defame Plaintiff both personally, and professionally.

c. Cease and desist threatening and extorting Mr. Gorman, his family or his employees.

d. Because of the nature of the threats and the inclusion of pictures of Mr. Gorman and his family, Defendant Steinborn is ordered to stay at least one hundred (100) feet away from Plaintiff Gorman and his family.

      /s/ Gerald Austin McHugh
United States District Court Judge